# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TEMPLAR ENERGY LLC, | Case No. 20-11441 (BLS) |
| Debtor.<br>Tax ID No. 80-0874719 | |
| In re: | Chapter 11 |
| TE HOLDCORP, LLC, | Case No. 20-11442 (BLS) |
| Debtor.<br>Tax ID No. 81-3986730 | |
| In re: | Chapter 11 |
| TE HOLDINGS, LLC, | Case No. 20-11445 (BLS) |
| Debtor.<br>Tax ID No. 81-4003115 | |
| In re: | Chapter 11 |
| TE HOLDINGS II, LLC, | Case No. 20-11449 (BLS) |
| Debtor.<br>Tax ID No. N/A | |
| In re: | Chapter 11 |
| TEMPLAR OPERATING LLC, | Case No. 20-11452 (BLS) |
| Debtor.<br>Tax ID No. 27-3400810 | |
| In re: | Chapter 11 |
| TEMPLAR MIDSTREAM LLC, | Case No. 20-11454 (BLS) |
| Debtor.<br>Tax ID No. 81-5383275 | |

**Error!**

| In re: | Chapter 11 |
|---|---|
| TE HOLDINGS MANAGEMENT LLC, | Case No. 20-11457 (BLS) |
| Debtor. | **Docket Ref. No. 231** |
| Tax ID No. 81-4767467 | |

# FINAL DECREE CLOSING CERTAIN CASES
# AND AMENDING CAPTION OF REMAINING CASE

Upon consideration of the *Certification of Counsel Regarding Final Decree Closing Certain Cases and Amending Caption of Remaining Case* (the "Certification of Counsel");[1] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The following Chapter 11 Cases shall be closed (collectively, the "Closing Cases", effective as of the date hereof:

| **Closing Case** | **Case No.** |
|---|---|
| Templar Energy LLC | Case No. 20-11441 |
| TE Holdings, LLC | Case No. 20-11445 |
| TE Holdings II, LLC | Case No. 20-11449 |
| Templar Operating LLC | Case No. 20-11452 |
| Templar Midstream LLC | Case No. 20-11454 |
| TE Holdings Management LLC | Case No. 20-11457 |

2. This Order shall be entered on the docket of each of the Debtors.

3. Entry of this Order is without prejudice to (i) the rights of any of the Debtors or other party in interest to seek to reopen any of the Closing Cases for cause pursuant to section

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Certification of Counsel.

2

350(b) of the Bankruptcy Code, and (ii) the right of TE Holdcorp, LLC, on behalf of any Debtor, to dispute, object to or resolve all Claims that were filed against the Debtors in the Chapter 11 Cases.

4.    The caption in the Chapter 11 Case of TE Holdcorp, LLC, Case No. 20-11442 (BLS), shall be amended as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TE HOLDCORP, LLC, | Case No. 120-11442 (BLS) |
| Debtor.[1] | |

[1] The last four digits of the Debtor's federal tax identification number are 6730, and the Debtor's mailing address is PO Box 720720, Oklahoma City, Oklahoma 73172.  The chapter 11 cases of the following affiliates of the Debtor were closed effective as of July 31, 2020:  Templar Energy LLC (4719), TE Holdings, LLC (3115), TE Holdings II, LLC (N/A), Templar Operating LLC (0810), Templar Midstream LLC (3275), and TE Holdings Management LLC (7467).  *See* Chapter 11 Case No. 20-11441, Docket No. ●.

5.    All pending and future matters relating to each of the Debtors, including final fee applications and objections to claims, if applicable, shall be administered and heard in the Chapter 11 Case of TE Holdcorp, LLC.

6.    Each Debtor in the Closing Cases shall remain responsible for making payments of U.S. Trustee fees payable pursuant to 28 U.S.C. § 1930, in accordance with the terms of the Plan and the Confirmation Order, through the date hereof.

**Dated: August 4th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**