# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TEMPLAR ENERGY LLC, *et al.*,[1] | Case No. 20-11441 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Robert Miller, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 4, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Final Decree Closing Certain Cases and Amending Caption of Remaining Case** [Docket No. 232]

Dated: August 10, 2020

/s/ Robert Miller
Robert Miller
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Templar Energy LLC (4719), TE Holdcorp, LLC (6730), TE Holdings, LLC (3115), TE Holdings II, LLC (N/A), Templar Operating LLC (0810), Templar Midstream LLC (3275), and TE Holdings Management LLC (7467). The address of the Debtors' corporate headquarters is 4700 Gaillardia Parkway, Suite 200, Oklahoma City, Oklahoma 73142.

# Exhibit A

Exhibit A
Core/2002 List
Served via Electronic Mail

| Description | Company | Notice Name | Email |
|---|---|---|---|
| Counsel for Tapstone Energy, LLC | Akin Gump Strauss Hauer & Feld LLP | Daniel I. Fisher | dfisher@akingump.com |
| Counsel for Tapstone Energy, LLC | Akin Gump Strauss Hauer & Feld LLP | Daniel I. Fisher and Benjamin L. Taylor | dfisher@akingump.com; taylorb@akingump.com |
| Counsel for Tapstone Energy, LLC | Akin Gump Strauss Hauer & Feld LLP | Sarah L. Schultz | sschultz@akingump.com |
| Counsel for Reign Operating LLC | Ashby & Geddes, P.A. | Ricardo Palacio | rpalacio@ashbygeddes.com |
| 30 Largest Unsecured Creditor | Automotive Rentals, Inc. | Brent Davis, District Sales Manager | bdavis@arifleet.com |
| 30 Largest Unsecured Creditor | Championx U.S. 3 Inc | Caleb Roberts, District Manager | caleb.roberts@championx.com |
| 30 Largest Unsecured Creditor | Contango Resources Inc | Wilkie S. Colyer, CEO | WColyer@contango.com |
| 30 Largest Unsecured Creditor | Corlena Oil Company | W. Jeff Chestnut, Partner | jeff@corlena.com |
| 30 Largest Unsecured Creditor | CSI Compressco LP | Ron Foster, Regional Sales Manager – Mid-Con | RFoster@compressco.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| 30 Largest Unsecured Creditor | Elynx Technologies LLC | Carson Bryant, Account Executive | carson.bryant@elynxtech.com |
| 30 Largest Unsecured Creditor | Enerflex Energy Systems, Inc. | Robert Mitchell, AGC | rmitchell@enerflex.com |
| 30 Largest Unsecured Creditor | Flowco Production Solutions | Susan Horton, CFO | accounting@flowcosolutions.com |
| 30 Largest Unsecured Creditor | Fourpoint Energy LLC | George H. Solich, President & Chief Executive Officer | gsolich@fourpointenergy.com |
| 30 Largest Unsecured Creditor | H2O Transports LLC | Derek Hawkins, Managing Member (President) | derekhawkins@h2otransports.com |
| 30 Largest Unsecured Creditor | Halcyon Equipment, LLC | Mike Shores | mike@shorescompany.com |
| Counsel for Reign Operating LLC | Hall, Estill, Hardwick, Gable, Golden and Nelson, P.C. | Larry G. Ball | lball@hallestill.com |
| 30 Largest Unsecured Creditor | IHS Global Inc | Leisha Archie, Executive Director - Energy Sales | Leisha.Archie@ihsmarkit.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for Western Association of Fish and Wildlife Association | J. Patrick Mensching | Two West Second Street, Suite 700 | pmensching@dsda.com |
| 30 Largest Unsecured Creditor | Jacam Chemicals 2013, LLC | Vern Disney, President | vern.disney@catalystoilfield.com |
| 30 Largest Unsecured Creditor | JGR Oilfield Services LLC | John Rivero | JGRoilfield@hotmail.com |
| 30 Largest Unsecured Creditor | J-W Power Company | Pam Barnhart, SVP Administration | pbarnhart@jwenergy.com |
| 30 Largest Unsecured Creditor | LDI LLC | Ross Donahue, Member Chairman | ldillctrucking@yahoo.com |
| Counsel for Tapstone Energy, LLC | McAfee & Taft A Professional Corporation | Jeremy M. Black | jeremy.black@mcafeetaft.com |
| Counsel for J-W Power Company | Miller Mentzer Walker, P.C. | Julie A. Walker | jwalker@milmen.com |
| 30 Largest Unsecured Creditor | Momentum Transports, LLC | Clay Brooks, Manager | cbrooks@momentum-transports.com |
| Counsel to Bank of America, N.A., as DIP Agent and Prepetition RBL Agent | Morgan, Lewis & Bockius LLP | Amy L. Kyle, Andrew J. Gallo and Christopher L. Carter | amy.kyle@morganlewis.com; andrew.gallo@morganlewis.com; christopher.carter@morganlewis.com |
| Counsel for J-W Power Company | Morris James LLP | Stephen M. Miller | smiller@morrisjames.com |
| 30 Largest Unsecured Creditor | Netherland, Sewell & Associates, Inc. | Lauren Vernon, Vice President | lvernon@nsai-petro.com |
| 30 Largest Unsecured Creditor | O&B Tank Company, Inc. | Andrew Skipper, General Manager | andrewobtank@gmail.com |
| Counsel for the Railroad Commission of Texas and the Unclaimed Property Division of the Texas Comptroller of Public Accounts | Office of the Attorney General of Texas | Bankruptcy & Collections Division | jason.binford@oag.texas.gov; casey.roy@oag.texas.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy, Esq. | jane.m.leamy@usdoj.gov |
| 30 Largest Unsecured Creditor | Oilfield Labs of America | Robert Mitchell, Chief Technology Officer | Robert.mitchell@oilfieldloa.com |
| Counsel for Galena Park Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | 1235 North Loop West | osonik@pbfcm.com |
| 30 Largest Unsecured Creditor | Perfex Chemical Solutions LLC | Cody Williams, President | cwilliams@perfexservices.com |
| 30 Largest Unsecured Creditor | Polaris Operating LLC | Mike Christe, CEO | Mike@polarisoperating.com |
| Counsel for PAC Production Company, Kerry B. Rice, Inc., Cattalo, Ltd. and John R. Buckthal | Polsinelli PC | Shanti M. Katona and Stephen J. Astringer | skatona@polsinelli.com; sastringer@polsinelli.com |
| Counsel for Tapstone Energy, LLC | Potter Anderson & Corroon LLP | Christopher M. Samis, L. Katherine Good and Aaron H. Stulman | csamis@potteranderson.com; kgood@potteranderson.com; astulman@potteranderson.com |
| 30 Largest Unsecured Creditor | Precision Compression LLC | Ryan Benge, VP of Sales & Marketing | ryanb@precisioncompression.com |
| 30 Largest Unsecured Creditor | Presidio MPO LLC | Will Ulrich, Co-CEO | will@presidiopetroleum.com |
| Counsel to Bank of America, N.A., as DIP Agent and Prepetition RBL Agent | Richards, Layton & Finger, P.A. | Mark D. Collins | collins@rlf.com; steele@rlf.com; queroli@rlf.com |

In re Templar Energy LLC, et al.
Case No. 20-11441 (BLS)

Page 1 of 2

**Exhibit A**
Core/2002 List
Served via Electronic Mail

| Description | Company | Notice Name | Email |
|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for Donna Kim Flowers, Mitchell Kirk Flowers, James Roy Flowers, Jo Lynn Flowers Rowland, Timothy Earl Flowers, Mary Lynn Flowers and Autumn Lynn Flowers | Snow Spence Green LLP | Ross Spence | ross@snowspencelaw.com |
| 30 Largest Unsecured Creditor | Territory Resources LLC | Sean Morgan, CFO | ownerrelations@territoryllc.com |
| Counsel for Texas Taxing Entities | Texas Taxing Entities | c/o Perdue, Brandon, Fielder, Collins and Mott, LLP | amabkr@pbfcm.com |
| Counsel for Zarvona III-A, L.P. | The Bifferato Firm, P.A. | Ian Connor Bifferato | cbifferato@tbf.legal |
| Counsel for the Bivens Family | The Powell Firm, LLC | Jason C. Powell and Thomas Reichert | jpowell@delawarefirm.com; treichert@delawarefirm.com |
| 30 Largest Unsecured Creditor | Transzap, Inc. | James Gattis, Senior Account Director | james.gattis@enverus.com |
| Counsel for PAC Production Company, Kerry B. Rice, Inc., Cattalo, Ltd. and John R. Buckthal | Underwood | Roger Cox | roger.cox@uwlaw.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| 30 Largest Unsecured Creditor | USA Compression Partners, LP | Eric D. Long, CEO | elong@usacompression.com |
| 30 Largest Unsecured Creditor | Western Association of Fish and Wildlife Agencies | J. Patrick Mensching | pmensching@dsda.com |

In re Templar Energy LLC, et al.
Case No. 20-11441 (BLS)

Page 2 of 2

# Exhibit B

**Exhibit B**
Core/2002 List
Served via First Class Mail

| Description | Company | Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Tapstone Energy, LLC | Akin Gump Strauss Hauer & Feld LLP | Daniel I. Fisher | One Bryant Park | | | New York | NY | 10036 |
| 30 Largest Unsecured Creditor | Automotive Rentals, Inc. | Brent Davis, District Sales Manager | 4001 Leadenhall Road | | | Mount Laurel | NJ | 08054 |
| 30 Largest Unsecured Creditor | Blackbeard Operating LLC | Kaleb Smith, CEO | 1751 River Run, Suite 405 | | | Fort Worth | TX | 76107 |
| 30 Largest Unsecured Creditor | Championx U.S. 3 Inc | Caleb Roberts, District Manager | 11177 S Stadium Dr | | | Sugar Land | TX | 77478 |
| 30 Largest Unsecured Creditor | Contango Resources Inc | Wilkie S. Colyer, CEO | 717 Texas Avenue | Suite 2900 | | Houston | TX | 77002 |
| 30 Largest Unsecured Creditor | Corlena Oil Company | W. Jeff Chestnut, Partner | 619 S Tyler Suite 210 | | | Amarillo | TX | 79101 |
| 30 Largest Unsecured Creditor | CSI Compressco LP | Ron Foster, Regional Sales Manager – Mid-Con | 24955 Interstate 45 North | | | The Woodlands | TX | 77380 |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| 30 Largest Unsecured Creditor | Elynx Technologies LLC | Carson Bryant, Account Executive | 2431 E. 61St Street | Suite 700 | | Tulsa | OK | 74105 |
| 30 Largest Unsecured Creditor | Enerflex Energy Systems, Inc. | Robert Mitchell, AGC | 10815 Telge Road | | | Houston | TX | 77095 |
| 30 Largest Unsecured Creditor | Flowco Production Solutions | Susan Horton, CFO | 20405 State Hwy 249, Suite 600 | | | Houston | TX | 77070 |
| 30 Largest Unsecured Creditor | Fourpoint Energy LLC | George H. Solich, President & Chief Executive Officer | 100 St. Paul Street | | | Denver | CO | 80206 |
| 30 Largest Unsecured Creditor | H2O Transports LLC | Derek Hawkins, Managing Member (President) | 105 4th Avenue | | | Reydon | OK | 73660 |
| 30 Largest Unsecured Creditor | Halcyon Equipment, LLC | Mike Shores | 24130 State Highway 76 | | | Ratliff City | OK | 73481 |
| 30 Largest Unsecured Creditor | IHS Global Inc | Leisha Archie, Executive Director - Energy Sales | 15 Inverness Way East | | | Englewood | CO | 80112 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| 30 Largest Unsecured Creditor | Jacam Chemicals 2013, LLC | Vern Disney, President | 205 S. Broadway | | | Sterling | KS | 67579 |
| 30 Largest Unsecured Creditor | JGR Oilfield Services LLC | John Rivero | 1724 E Mohr Lane | | | Mustang | OK | 73064 |
| 30 Largest Unsecured Creditor | J-W Power Company | Pam Barnhart, SVP Administration | 16479 N. Dallas Parkway | Suite 850, Lb-8 | | Addison | TX | 75001 |
| 30 Largest Unsecured Creditor | LDI LLC | Ross Donahue, Member Chairman | 13030 County Road 24 | | | Spearman | TX | 79081 |
| Counsel for Tapstone Energy, LLC | McAfee & Taft A Professional Corporation | Jeremy M. Black | 10th Floor, Two Leadership Square | 211 N. Robinson | | Oklahoma City | OK | 73102 |
| 30 Largest Unsecured Creditor | Momentum Transports, LLC | Clay Brooks, Manager | 12284 Hwy 30 | | | Erick | OK | 73645 |
| Counsel to Bank of America, N.A., as DIP Agent and Prepetition RBL Agent | Morgan, Lewis & Bockius LLP | Amy L. Kyle, Andrew J. Gallo and Christopher L. Carter | One Federal Street | | | Boston | MA | 02110 |
| 30 Largest Unsecured Creditor | Netherland, Sewell & Associates, Inc. | Lauren Vernon, Vice President | 2100 Ross Avenue | Suite 2200 | | Dallas | TX | 75201 |

In re Templar Energy LLC, et al.
Case No. 20-11441 (BLS)

Page 1 of 2

**Exhibit B**
Core/2002 List
Served via First Class Mail

| Description | Company | Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 30 Largest Unsecured Creditor | O&B Tank Company, Inc. | Andrew Skipper, General Manager | 512 W. Hwy 15 | | | Darrouzett | TX | 79024 |
| Texas Attorney General | Office of the Attorney General of Texas | Ken Paxton, AG | 300 W. 15th Street | | | Austin | TX | 78701 |
| Oklahoma Attorney General | Office of the Oklahoma Attorney General | | 313 NE 21st Street | | | Oklahoma City | OK | 7315 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy, Esq. | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| 30 Largest Unsecured Creditor | Oilfield Labs of America | Robert Mitchell, Chief Technology Officer | 2415 W Alabama St. | Suite 204 | | Houston | TX | 77098 |
| 30 Largest Unsecured Creditor | Perfex Chemical Solutions LLC | Cody Williams, President | 1050 N. Price Road | | | Pampa | TX | 79065 |
| 30 Largest Unsecured Creditor | Polaris Operating LLC | Mike Christe, CEO | 8226 Douglas Ave | Ste 325 | | Dallas | TX | 75225 |
| 30 Largest Unsecured Creditor | Precision Compression LLC | Ryan Benge, VP of Sales & Marketing | 2007 Ranger Hwy | | | Weatherford | TX | 76088 |
| 30 Largest Unsecured Creditor | Presidio MPO LLC | Will Ulrich, Co-CEO | 500 W 7th St, Suite 803 | | | Fort Worth | TX | 76102 |
| Counsel to Bank of America, N.A., as DIP Agent and Prepetition RBL Agent | Richards, Layton & Finger, P.A. | Mark D. Collins | One Rodney Square, 920 North King Street | | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 |
| 30 Largest Unsecured Creditor | Spitfire Energy Group LLC | Brad Gungoll | Gungoll Jackson Box & Devoll, P.C. | 101 Park Avenue, Suite 1400 | | Oklahoma City | OK | 73102 |
| 30 Largest Unsecured Creditor | Territory Resources LLC | Sean Morgan, CFO | 1511 S Sangre Rd | | | Stillwater | OK | 74074-1869 |
| 30 Largest Unsecured Creditor | Transzap, Inc. | James Gattis, Senior Account Director | 633 17th Street | Suite 2000 | | Denver | CO | 80202 |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 |
| 30 Largest Unsecured Creditor | USA Compression Partners, LP | Eric D. Long, CEO | 111 Congress Avenue | Suite 2400 | | Austin | TX | 78701 |
| 30 Largest Unsecured Creditor | Western Association of Fish and Wildlife Agencies | J. Patrick Mensching | 2700 W. Airport Way | | | Boise | ID | 83705 |

In re Templar Energy LLC, et al.
Case No. 20-11441 (BLS)

Page 2 of 2